No. 545. HUNTER *v.* BAASH-ROSS TOOL CO. ET AL.

Motion submitted January 6, 1930. Decided January 13, 1930. *Per Curiam:* The motion for leave to proceed further herein *in forma pauperis* is denied, for the reason that the Court, upon examination of the unprinted record herein submitted, finds that there is no properly presented substantial federal question. The petition for writ of certiorari is therefore also denied. The costs already incurred herein shall be paid by the Clerk as provided in the order of October 29, 1926. *Mr. Charles W. Hunter, pro se.* No appearance for respondents.

No. 89. TEXAS & PACIFIC R. CO. *v.* GUIDRY, ADMINISTRATRIX.

Argued January 15, 1930. Decided January 20, 1930. *Per Curiam:* Judgment affirmed. *Western & Atlantic R. R.* v. *Hughes, Administratrix,* 278 U. S. 496, 498. *Mr. J. H. T. Bibb,* with whom *Messrs. T. D. Gresham* and *R. S. Shapard* were on the brief, for petitioner. *Messrs. S. P. Jones, Franklin Jones,* and *P. G. Henderson* were on the brief for respondent.